IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIEL M. WILSON,              )
                               )
     Plaintiff,                )
                               )       CIVIL ACTION NO.
     v.                        )         2:21cv354-MHT
                               )             (WO)
MONICA McCOY, et al.,          )
                               )
     Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit claiming that the defendant correctional officials, officers, and employees have been deliberately indifferent to threats to his health posed by unsanitary conditions, including foreign objects in food, moldy showers, and cloudy water, and that he has been denied access to courts. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' special report be construed as a motion for summary judgment and that the motion be granted. There are no objections to the

recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of August, 2024.

                                   /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**